298   COURT OF ERRORS AND APPEALS.

Reynolds *v.* N. Y. & East. Tel. & Tel. Co.          75 *Eq.*

DE ELBERT A. REYNOLDS et al.

*v.*

THE NEW YORK AND EASTERN TELEGRAPH AND TELE-
PHONE COMPANY.

[Argued December 1st, 1908.   Decided March 1st, 1909.]

On appeal from a decree of the former chancellor advised by
Vice-Chancellor Garrison, whose opinion is reported in *74 N.
J. Eq. (4 Buch.) 221.*

*Mr. J. Merritt Lane,* for the appellant.

*Mr. Albert C. Wall,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the *per curiam* opinion filed at the present term in the
case of *New York and Eastern Telegraph and Telephone Co.* v.
*Great Eastern Telephone Co. et al.*

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE,
REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN,
BOGERT, VREDENBURGH, GRAY—12.

*For reversal*—None.